IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINA RIPKA on behalf of C.R.,** | : | **CIVIL ACTION NO. 3:12-CV-2047** |
| | : | |
| Plaintiff, | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,** | : : : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 21st day of March, 2014, upon consideration of the complaint (Doc. 1) by plaintiff Christina Ripka ("Ripka"), on behalf of her minor son, C.R., seeking review of a decision of the Commissioner of Social Security ("Commissioner") denying C.R.'s claim for supplemental security income, and upon consideration of the answer by the Commissioner (Doc. 7), the administrative record (Doc. 8), and the parties' supporting and responsive briefs (Docs. 11, 12, 15), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Carolyn W. Colvin is SUBSTITUTED for Michael J. Astrue as the defendant Commissioner of Social Security in the above-captioned action.  See FED. R. CIV. P. 25(d).

2. The Clerk of Court is directed to ENTER judgment in favor of the Commissioner and against Ripka as follows: Ripka's appeal (Doc. 1) from the decision of the Commissioner denying her son's claim for supplemental security income is DENIED and the decision of the Commissioner is AFFIRMED.

3. The Clerk of Court is directed to CLOSE the above-captioned case.


   /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania